No. 92–5435. Alonso v. United States. C. A. 11th Cir. Certiorari denied.

No. 92–5436. Desmond v. Massachusetts Attorney General. App. Ct. Mass. Certiorari denied.

No. 92–5437. McGann v. United States. C. A. 9th Cir. Certiorari denied.

No. 92–5438. Rodriguez v. Buentello et al. C. A. 5th Cir. Certiorari denied.

No. 92–5439. Rose v. Ylst, Warden. C. A. 9th Cir. Certiorari denied.

No. 92–5440. Trujillo v. United States. C. A. 7th Cir. Certiorari denied.

No. 92–5442. Sanchez v. United States. C. A. 10th Cir. Certiorari denied.

No. 92–5445. Hirjee v. B & B Oil Co., Inc. C. A. 11th Cir. Certiorari denied.

No. 92–5446. Hill v. Johnson, Warden. C. A. 6th Cir. Certiorari denied.

No. 92–5447. Johnson v. Borg, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 92–5448. Hanus v. Nebraska. Sup. Ct. Neb. Certiorari denied.

No. 92–5449. Trueblood v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 92–5450. Omoike v. Exxon Co. C. A. 5th Cir. Certiorari denied.

No. 92–5451. Shell v. Singletary, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 92–5452. Sandoval Medina v. United States. C. A. 11th Cir. Certiorari denied.